**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 MAR -2  A 11: 29

CLERK _____
S. DIST. OF GA.

KENNETH MARCUS KNIGHT,

Petitioner,

v.

JOHN T. TERWILLIGER, Warden,

Respondent.

CIVIL ACTION NO.: CV206-295

### ORDER

Respondent has moved to dismiss Petitioner's action which was brought pursuant to 28 U.S.C. § 2254. Respondent asserts that Petitioner's Motion is untimely under the Anti-Terrorism and Effective Death Penalty Act of 1996, and/or Petitioner has failed to exhaust available state remedies.

Petitioner is hereby **ORDERED** to file any objections to the Respondent's motion for a dismissal, or to otherwise inform the court of his decision not to object to Respondent's motion within twenty (20) days of the date of this Order. Should Petitioner not timely respond to Respondent's motion, the Court will determine that there is no opposition to the motion and grant the motion as unopposed.

**SO ORDERED**, this 2 day of March, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)