IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT

2007 JUN -5 P 1: 29

KENNETH MARCUS KNIGHT,          )
                                )
          Petitioner,           )
                                )
     v.                         )          CIVIL ACTION NO.: CV206-295
                                )
JOHN T. TERWILLIGER, Warden,    )
                                )
          Respondent.           )

## O R D E R

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Respondent's Motion to Dismiss is **GRANTED**. Knight's petition, filed pursuant to 28 U.S.C. § 2254, is **dismissed** due to Knight's failure to exhaust his state remedies. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 5th day of _____ June _____, 2007.


JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)